# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | | |
|---|---|---|
| Nathaniel Caldwell, III, | ) | Civil Action No. 1:14-4277-RMG |
| Petitioner, | ) | |
| v. | ) | **ORDER** |
| Warden Roberto Roberts, | ) | |
| Respondent. | ) | |

This matter is before the Court on a limited remand from the United States Court of Appeals for the Fourth Circuit, directing this Court to determine whether Petitioner filed a timely notice of appeal. On February 21, 2017, the Fourth Circuit received a letter from Petitioner claiming that he had timely filed his notice of appeal on November 7, 2016 by giving it to prison authorities for mailing on that date, with attached correspondence from the S.C. Attorney General's office confirming that office received a copy of his notice of appeal in November. The Court **ORDERS** Petitioner to file a statement explaining any attempt to file a notice of appeal in this case by November 22, 2017, and **ORDERS** Respondent to file a statement describing correspondence received from Petitioner regarding a notice of appeal, with copies of such correspondence, by November 22, 2017. Petitioner shall mail documents to the Court **only** at the below address:

U.S. District Court for the District of South Carolina
901 Richland Street
Columbia, South Carolina 29201.

**AND IT IS SO ORDERED**.

Richard Mark Gergel
United States District Court Judge

October 3 1, 2017
Charleston, South Carolina

-1-